1  Anderson Berry (SBN 262879)
   Gregory Haroutunian (SBN 330263)
2  Brandon P. Jack (SBN 325584)
   **CLAYEO C. ARNOLD**
3  **A PROFESSIONAL CORPORATION**
   865 Howe Avenue
4  Sacramento, CA 95825
   Telephone: (916) 239-4778
5  *aberry@justice4you.com*
6  *gharoutunian@justice4you.com*
   *bjack@justice4you.com*
7
8  Marc H. Edelson (*Pro hac vice* forthcoming)
   Liberato P. Verderame (*Pro hac vice* forthcoming)
9  **EDELSON LECHTZIN LLP**
   411 S. State Street, Suite N300
10 Newtown, PA 18940
   Telephone: (215) 867-2399
11 *medelson@edelson-law.com*
12 *lverderame@edelson-law.com*
13 *Attorneys for Plaintiff Jane Doe II and the Putative Class*
14

15                    **UNITED STATES DISTRICT COURT**
16                    **NORTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| 18  GRISELDA REYES, individually, and on behalf of all others similarly situated, | Case No.: 3:25-cv-06321-AGT |
| 19                                                                                 | **[PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE II'S SECOND ADMINISTTATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| 20                   Plaintiff,                                                    | |
| 21                      vs.                                                        | |
| 22  TEA DATING ADVICE, INC.                                                        | |
| 23                   Defendant.                                                    | |

24
25
26      On August 1, 2025, Plaintiff in the related *Jane Doe II v. Tea Dating Advice, Inc.*, Case
27 No. 3:25-cv-06336-JCS filed a second Administrative Motion to Consider Whether Cases Should
28

-1-
[PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE II'S SECOND
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

be Related pursuant to Civil Local Rule 3-12. The Court, having considered the papers and pleadings on file, and good cause appearing, **HEREBY GRANTS** the motion. **IT IS SO ORDERED.**

**IT IS ORDERED** that

(1) *Jane Doe v. Tea Dating Advice, Inc., X Corp., and 4Chan Community Support, LLC,* Case No. 3:25-cv-06325-PHK (N.D. Cal.);

(2) *Jane Doe II v. Tea Dating Advice, Inc.,* Case No. 3:25-cv-06336-JCS (N.D. Cal.);

(3) *Jane Doe v. Tea Dating Advice, Inc.*, Case No. 3:25-cv-06363-SK (N.D. Cal.);

(4) *Celeste Jones v. Tea Dating Advice, Inc.*, Case No. 4:25-cv-06376-KAW (N.D. Cal.);

(5) *Jane Doe v. Tea Dating Advice, Inc.*, Case No. 3:25-cv-06433-AGT (N.D. Cal.);

(6) *Jarrell Brown v. Tea Dating Advice, Inc.*, Case No. 3:25-cv-06445-SK (N.D. Cal.); and

(7) *Jane Doe v. Tea Dating Advice, Inc.*, Case No. 3:25-cv-06457-JCS (N.D. Cal.);

(collectively, the "Related Actions") are related to the lowest numbered *Griselda Reyes v. Tea Dating Advice, Inc.,* Case No. 3:25-cv-06321-AGT, currently pending before this Court. These actions concern substantially the same parties, property, transaction, or event, and it appears likely that there would be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

All Related Actions listed above shall be reassigned to the undersigned judge pursuant to Local Rule 3-12.

DATED: August 6, 2025

HON. ALEX G. TSE
UNITED STATES DISTRICT JUDGE